IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID P.

        Plaintiff,

v.

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

        Defendant.

Case No. 6:17-cv-01167-MA

ORDER FOR EAJA FEES

MARSH, Judge

On August 1, 2018, Plaintiff David P.[1] filed an Application for Fees Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in which Plaintiff seeks an award of fees in the amount of $6,946.69. ECF No. 19. On August 15, 2018, the Commissioner filed a Response indicating that it has reviewed Plaintiff's request, and has no objection. ECF No. 21.

Accordingly, based on the agreement of the parties, it is hereby ORDERED that attorney fees in the amount of $6,946.69 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. There are no costs or expenses. The parties agree that attorney fees will be paid

---

[1] In the interest of privacy, this Order uses only the first name and the initial of the last name of the non-governmental party in this case.

1 - ORDER FOR EAJA FEES

to Plaintiff's attorney, subject to verification that Plaintiff does not have a debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney, Robyn M. Rebers, at Ms. Rebers' address: P.O. Box 3530, Wilsonville, Oregon 97070. If Plaintiff has a qualifying debt, then the check for any remaining funds after offset shall be made out to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

IT IS SO ORDERED.

DATED this **23** day of AUGUST, 2018.

Malcolm F. Marsh
United States District Judge